UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DR. CHRISTOPHER FROST**                                                                **PLAINTIFF**

v.                                                                **CIVIL ACTION NO. 3:19-CV-227-CRS**

**UNIVERSITY OF LOUISVILLE, ET AL.**                                                **DEFENDANTS**

## ORDER FOR PRELIMINARY INJUNCTION

This matter having come before the Court upon Plaintiff Dr. Christopher Frost's Amended Motion for Preliminary and Permanent Injunction (DN 21), and for the reasons set forth in the memorandum opinion entered this date and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Amended Motion for Preliminary and Permanent Injunction (DN 21) is **GRANTED** to the extent it seeks a preliminary injunction. Plaintiff's motion to the extent it seems a permanent injunction is **DENIED WITHOUT PREDJUICE**.

**IT IS FURTHER ORDERED** that the Defendant University of Louisville shall fully reinstate Plaintiff to his probationary, tenure-track appointment as an Assistant Professor of Biology in the College of Arts and Sciences unless and until Plaintiff is afforded appropriate due process not inconsistent with the memorandum opinion.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall issue immediately and that no security bond need be posted. This Preliminary Injunction shall remain in effect until further order of this Court.

In light of Plaintiff's filing of the Amended Motion for Preliminary and Permanent Injunction (DN 21) which this Court grants in part and denies in part, Plaintiff's Motion for Preliminary Injunction filed on March 27, 2019 (DN 4) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

May 29, 2019

**Charles R. Simpson III, Senior Judge
United States District Court**