# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 19, 2019

Ms. Mary Elizabeth Eade
Fultz, Maddox & Dickens
101 S. Fifth Street
Suite 2700
Louisville, KY 40202

Mr. R. Gregg Hovious
Middleton Reutlinger
401 S. Fourth Street
Suite 2600
Louisville, KY 40202

Mr. August Tyler Johannsen
Dinsmore
100 W. Main Street
Suite 900
Lexington, KY 40507

Ms. Alina Klimkina
Dinsmore & Shohl
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

Mr. Philip M. Longmeyer
Dinsmore & Shohl
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

Daniel J. O'Gara
Dinsmore & Shohl
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

Ms. Donna King Perry
Dinsmore & Shohl
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

Mr. Loren Teller Prizant
Middleton Reutlinger
401 S. Fourth Street
Suite 2600
Louisville, KY 40202

        Re:  Case No. 19-5624, *Christopher Frost v. University of Louisville, et al*
           Originating Case No. : 3:19-cv-00227

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Connie A. Weiskittel
                Mediation Administrator

cc:  Ms. Vanessa L. Armstrong

Enclosure

No mandate to issue

Case No. 19-5624

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DR. CHRISTOPHER FROST

    Plaintiff - Appellee

v.

UNIVERSITY OF LOUISVILLE; KIMBERLY KEMPF-LEONARD; LAURA SCHROEDER, aka Laura Carter; DONNA ERNST, in their individual and official capacities

    Defendants - Appellants

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 19, 2019