UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| DR. CHRISTOPHER FROST )<br>     Plaintiff                                     )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>UNIVERSITY OF LOUISVILLE, *et al*  )<br>     Defendants                              )<br>                                                       )<br>                                                       ) | Case No. 3:19-cv-00227-CRS |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the undersigned hereby stipulate that the above action may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

Having seen and agreed to:

*/s/ Loren T. Prizant*
R. Gregg Hovious
Loren T. Prizant
MIDDLETON REUTLINGER
401 South 4th Street, Suite 2600
Louisville, KY  40202
(502) 584-1135
*ghovious@middletonlaw.com*
*lprizant@middletonlaw.com*

Mary E. Eade
Jason M. Nemes
Nemes Eade PLLC
914 Lily Creek Rd., Suite 202
Louisville, KY 40243
(502) 792-0350
*meade@nemes-eade.om*
*jnemes@nemes-eade.com*

*Counsel for Plaintiff, Dr. Christopher Frost*

and

*Alina Klimkina (w/permission)*
Philip M. Longmeyer
Alina Klimkina
Daniel J. O'Gara
Dinsmore & Shohl, LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
Philip.longmeyer@dinsmore.com
Alina.klimkina@dinsmore.com
Daniel.ogara@dinsmore.com

*Counsel for Defendants*